**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Christopher A Janczak                               CHAPTER 13
                  Debtor(s)

BKY. NO. 24-10428 MDC

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of FEDERAL NATIONAL MORTGAGE ASSOCIATION D/B/A FANNIE MAE and index same on the master mailing list.

                                        Respectfully submitted,

/s/ *Denise Carlon*
Denise Carlon
13 Feb 2024, 15:14:28, EST

                            KML Law Group, P.C.
                            701 Market Street, Suite 5000
                            Philadelphia, PA 19106-1532
                            (215) 627-1322