*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Christopher A Janczak
    Debtor(s)

Case No: 24–10428–amc

Chapter: 13

## NOTICE OF SHOW CAUSE HEARING

To the debtor, debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing to show cause why

this case should not be dismissed for failure to pay the first, second & third installment payment for a total amount of $240.00

will be held before the Honorable Ashely M. Chan, United States Bankruptcy Court

on: 5/21/24

at: 10:00 AM

in: HRG will be held via Telephone Hearing, For connection dial in information see, Standing Order M–20–3003

For The Court

Timothy B. McGrath
Clerk of Court

Dated: May 9, 2024

31
Form 175