IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Christopher A Janczak<br>　　　　Debtor(s) | CHAPTER 13 |
| FEDERAL NATIONAL MORTGAGE ASSOCIATION D/B/A FANNIE MAE<br>　　　　Movant<br>vs.<br>Christopher A Janczak<br>　　　　Debtor(s)<br>Kenneth E. West<br>　　　　Trustee | NO. 24-10428 AMC<br><br>11 U.S.C. Section 362 |

## ORDER

AND NOW, this 22nd day of July, 2024 at Philadelphia, upon failure of Debtor(s) and the Trustee to file and Answer or otherwise plead, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362, is modified with respect to the subject premises located at 790 Hopewell Road, Downingtown, PA 19335 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies with regard to the subject property, including the filing or continuation of an ejection or eviction action and obtaining possession of the subject property. The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

_____
Ashely M. Chan, United States Bankruptcy Judge.