*Form PL239 (03/22)*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:<br>   Christopher A Janczak<br><br>   Debtor(s). | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 24–10428–amc<br><br>Chapter: 13<br><br>Civil Case Number. |

## Transmission of Documents to the U.S. District Court

To Clerk of Court, U.S. District Court:

    We herewith transmit the following document(s) filed in the above matter(s), together with a copy of the docket entries:

☑  Certificate of appeal from order entered July 22, 2024 by the Honorable Ashely M. Chan
Notice of appeal filing fee ☐ paid    ☑ not paid

☐  Designation of Record on Appeal Filed
☐  Designation of Record on Appeal Not Filed

☐  Supplemental certificate of appeal

☐  Motion for leave to appeal filed
☐  Answer to motion filed

☐  Proposed findings of fact and conclusions of law entered by the Honorable Ashely M. Chan
☐  Report and recommendation entered by the Honorable Ashely M. Chan
☐  Other

    Kindly acknowledge receipt on the copy of the letter provided.

Date: July 23, 2024                                                                    For The Court

                                                                                            Timothy B. McGrath
                                                                                             Clerk of Court

_____

Received Above material or record tile this day: _____
Civil Action No. _____                    Signature: _____
Miscellaneous No._____                    Date: _____
Assigned to Judge _____