*Form PL239 (03/22)*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
|    Christopher A Janczak ) | Case No. 24–10428–amc |
| ) | |
| ) | |
|    Debtor(s). ) | Chapter: 13 |
| ) | |
| ) | Civil Case Number. |

## Transmission of Documents to the U.S. District Court

To Clerk of Court, U.S. District Court:

    We herewith transmit the following document(s) filed in the above matter(s), together with a copy of the docket entries:

☑   Certificate of appeal from order entered July 22, 2024 by the Honorable Ashely M. Chan
Notice of appeal filing fee  ☐  paid     ☑  not paid

☐   Designation of Record on Appeal Filed
☐   Designation of Record on Appeal Not Filed

☐   Supplemental certificate of appeal

☐   Motion for leave to appeal filed
☐   Answer to motion filed

☐   Proposed findings of fact and conclusions of law entered by the Honorable Ashely M. Chan
☐   Report and recommendation entered by the Honorable Ashely M. Chan
☐   Other

    Kindly acknowledge receipt on the copy of the letter provided.

Date: July 23, 2024                                                                             For The Court

                                                                                                  Timothy B. McGrath
                                                                                                  Clerk of Court

_____

Received Above material or record tile this day: July 23, 2024
Civil Action No. 24-cv-3274                                  Signature: /s/ *Steve Tomas*
   Miscellaneous     No._____             Date: 7/23/24
Assigned to Judge John F. Murphy