United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 24-10428-amc |
| Christopher A Janczak | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Jul 22, 2024 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 24, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Christopher A Janczak, 790 Hopewell Road, Downingtown, PA 19335-1217 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 24, 2024       Signature:       /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 22, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DENISE ELIZABETH CARLON | on behalf of Creditor FEDERAL NATIONAL MORTGAGE ASSOCIATION D/B/A FANNIE MAE bkgroup@kmllawgroup.com |
| DENISE ELIZABETH CARLON | on behalf of Defendant FEDERAL NATIONAL MORTGAGE ASSOCIATION D/B/A FANNIE MAE bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| SHARON S. MASTERS | on behalf of Plaintiff Christopher A Janczak shmasters@hotmail.com G65312@notify.cincompass.com |
| SHARON S. MASTERS | on behalf of Debtor Christopher A Janczak shmasters@hotmail.com G65312@notify.cincompass.com |
| United States Trustee | |

District/off: 0313-2 | User: admin | Page 2 of 2
Date Rcvd: Jul 22, 2024 | Form ID: pdf900 | Total Noticed: 1

USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 6

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Christopher A Janczak<br>    Debtor(s) | CHAPTER 13 |
| FEDERAL NATIONAL MORTGAGE ASSOCIATION D/B/A FANNIE MAE<br>    Movant<br>vs.<br>Christopher A Janczak<br>    Debtor(s) | NO. 24-10428 AMC |
| Kenneth E. West<br>    Trustee | 11 U.S.C. Section 362 |

**ORDER**

AND NOW, this 22nd day of July, 2024 at Philadelphia, upon failure of Debtor(s) and the Trustee to file and Answer or otherwise plead, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362, is modified with respect to the subject premises located at 790 Hopewell Road, Downingtown, PA 19335 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies with regard to the subject property, including the filing or continuation of an ejection or eviction action and obtaining possession of the subject property. The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

_____
Ashely M. Chan, United States Bankruptcy Judge.