United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Christopher A Janczak  
    Debtor  

Case No. 24-10428-amc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 2  
Date Rcvd: Jul 23, 2024     Form ID: 256     Total Noticed: 3

The following symbols are used throughout this certificate:  
**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 25, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Christopher A Janczak, 790 Hopewell Road, Downingtown, PA 19335-1217 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: megan.harper@phila.gov | Jul 24 2024 00:16:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 24 2024 00:16:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |

TOTAL: 2

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 25, 2024     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 23, 2024 at the address(es) listed below:

**Name**     **Email Address**

DENISE ELIZABETH CARLON  
    on behalf of Creditor FEDERAL NATIONAL MORTGAGE ASSOCIATION D/B/A FANNIE MAE  
    bkgroup@kmllawgroup.com

DENISE ELIZABETH CARLON  
    on behalf of Defendant FEDERAL NATIONAL MORTGAGE ASSOCIATION D/B/A FANNIE MAE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Jul 23, 2024 | Form ID: 256 | Total Noticed: 3 |

bkgroup@kmllawgroup.com

KENNETH E. WEST

ecfemails@ph13trustee.com   philaecf@gmail.com

SHARON S. MASTERS

on behalf of Plaintiff Christopher A Janczak shmasters@hotmail.com   G65312@notify.cincompass.com

SHARON S. MASTERS

on behalf of Debtor Christopher A Janczak shmasters@hotmail.com   G65312@notify.cincompass.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 6

*Form 256* (3/23)–doc 47 – 44

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: )
   Christopher A Janczak ) Case No. 24−10428−amc
    )
    )
   Debtor(s). ) Chapter: 13
    )
    )

## Certificate of Service

The Clerk hereby certifies that a true and correct copy of the attached document Doc.# [44] Notice of Appeal as served on July 23, 2024 to the below parties by the method indicated:

| Party | Method of Service |
|---|---|
| Chief Judge Ashely M. Chan | Email |
| Office of the United States Trustee | CM/ECF |
| Case Trustee: KENNETH E. WEST | CM/ECF |
| U.S. District Court | Email |
| Debtor: Christopher A Janczak | Regular mail through the BNC |
| Debtor's Attorney: SHARON S. MASTERS | CM/ECF |
| Attorney Denise Carlon Esquire for Creditor FNMA | Regular mail or Bankruptcy Servicing Center (BNC) |

Date: July 23, 2024

For The Court

Timothy B. McGrath
Clerk of Court