**U.S. Bankruptcy Court**
**Eastern District of Pennsylvania**
**(Philadelphia)**

IN RE: CHRISTOPHER A. JANCZAK                CHAPTER 13
      DEBTOR                                         NO. 24-10428

_____

CHRISTOPHER A. JANCZAK            :
    DEBTOR/APPELLANT               :
                                  :
    v.                            :
                                  :
FEDERAL NATIONAL MORTGAGE ASSOC.  :
    APPELLANT

## Designation of Record and Statement of Issue on Appeal

| Date | Doc. No. | Document |
|---|---|---|
| 07/24/2024 | 51 | Motion to Stay Pending Appeal |
| 07/22/2024 | 45 | Notice of Appeal |
| 07/19/2024 | 42 | Order Granting Relief from Stay |
| 07/17/2024 | 41 | Motion for Withdrawal of Reference |
| 03/12/2024 | 20 | Adversary Complaint filed at 24-00049 |
| 03/07/2024 | 19 | Reply to Response to Motion for Relief from Stay |
| 03/03/2024 | 18 | Response to Motion for Relief From Stay |
| 02/21/2024 | 9 | Motion for Relief from Stay |
| 07/19/2024 |   | Transcript of Hearing |

## Statement of Issue on Appeal

Whether the Bankruptcy Court erred as a matter of law and/or abused its discretion in granting relief from the automatic stay to Appellee after Appellant withdrew the reference so that the substantive case, formerly brought as an adversary proceeding to determine ownership of the property at issue, would be adjudicated in District Court?

August 3, 2024

*/s/ Sharon S. Masters*
SHARON S. MASTERS, ESQUIRE
ATTORNEY ID NO. **50360**
132 Overleaf Drive
Thorndale, PA 19372
(610) 322-5277
shmasters@hotmail.com
Attorney for Appellant Christopher A. Janczak

U.S. Bankruptcy Court
Eastern District of Pennsylvania (Philadelphia)

IN RE: CHRISTOPHER A. JANCZAK          CHAPTER 13

    DEBTOR

         NO. 24-10428

**Certificate of Service**

This is to certify that on August 3, 2024, a true copy of the foregoing was served by ECF upon the U.S. Trustee and Chapter 13 Standing Trustee, and by first class mail postage prepaid upon:

Denise Carlon, Esquire
KML Law Group, P.C.
701 Market St #5000
Philadelphia, PA 19106
Attorney for Appellee

*/s/ Sharon S. Masters*
SHARON S. MASTERS, ESQUIRE
ATTORNEY FOR APPELLANT