*Form PL239 (03/22)*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
|    Christopher A Janczak ) | Case No. 24−10428−amc |
| ) | |
| ) | |
|    Debtor(s). ) | Chapter: 13 |
| ) | |
| ) | Civil Case Number. 24−3274 |

## Transmission of Documents to the U.S. District Court

To Clerk of Court, U.S. District Court:

    We herewith transmit the following document(s) filed in the above matter(s), together with a copy of the docket entries:

    ☐ Certificate of appeal from order entered by the Honorable Ashely M. Chan
Notice of appeal filing fee ☐ paid    ☐ not paid

    ☒ Designation of Record on Appeal Filed -Transcript of hearing held 7−18−2024 (7−19−2024 is date noted on designation) <u>Not Part of Court Record</u>

    ☐ Designation of Record on Appeal Not Filed

    ☐ Supplemental certificate of appeal

    ☐ Motion for leave to appeal filed
    ☐ Answer to motion filed

    ☐ Proposed findings of fact and conclusions of law entered by the Honorable Ashely M. Chan  Report and
☐ recommendation entered by the Honorable Ashely M. Chan
☒ Other Motion To Stay Pending Appeal with hearing scheduled 9-5-2024 pending in US Bky. Court

    Kindly acknowledge receipt on the copy of the letter provided.

Date: August 15, 2024                                                           For The Court

                                                                                Timothy B. McGrath
                                                                                Clerk of Court

_____

Received Above material or record tile this day: _____
Civil Action No. _____                     Signature: _____
Miscellaneous No._____             Date: _____
Assigned to Judge _____