*Form PL239 (03/22)*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                    )

    Christopher A Janczak          )        Case No. 24−10428−amc

                                  )

                                  )

    Debtor(s).                    )        Chapter: 13

                                  )

                                  )        Civil Case Number. 24−3274

## Transmission of Documents to the U.S. District Court

To Clerk of Court, U.S. District Court:

    We herewith transmit the following document(s) filed in the above matter(s), together with a copy of the docket entries:

☐ Certificate of appeal from order entered by the Honorable Ashely M. Chan
Notice of appeal filing fee ☐ paid    ☐ not paid

☑ Designation of Record on Appeal Filed -Transcript of hearing held 7−18−2024 (7−19−2024 is date noted on designation) Not Part of Court Record
☐ Designation of Record on Appeal Not Filed

☐ Supplemental certificate of appeal

☐ Motion for leave to appeal filed
☐ Answer to motion filed

☐ Proposed findings of fact and conclusions of law entered by the Honorable Ashely M. Chan  Report and
☐ recommendation entered by the Honorable Ashely M. Chan
☒ Other Motion To Stay Pending Appeal with hearing scheduled 9-5-2024 pending in US Bky. Court

    Kindly acknowledge receipt on the copy of the letter provided.

Date: August 15, 2024                          For The Court

                                               Timothy B. McGrath
                                               Clerk of Court

---

Received Above material or record tile this day: August 19, 2024
Civil Action No. 24-cv-3274                     Signature: /s/ *Steve Tomas*
  Miscellaneous    No._____         Date: 8/19/24
Assigned to Judge John F. Murphy