IN **THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: CHRISTOPHER A. JANCZAK | CHAPTER 13 |
| DEBTOR | NO. 24-10428 |

CHRISTOPHER A. JANCZAK :
: 
Debtor/Movant. :
:
v. :
:
FEDERAL NATIONAL MORTGAGE ASS'N :
:
Respondent :
:
and :
:
KENNETH WEST, ESQ, TRUSTEE :
:
Respondent. :

## Order

AND NOW this 6th day of Sept, 2024, it is hereby ORDERED that pursuant to FRBP.8005 for a stay of the order dated July 22, 2024, granting PHFA relief from stay, the Motion is hereby DENIED for the reasons stated on the record.

_____
ASHELY M. CHAN, CHIEF JUDGE
U.S. BANKRUPTCY COURT