UNITED STATES DISTRICT COURT
Eastern District of Pennsylvania
United States Courthouse
601 Market Street, Room 2609
Philadelphia, PA   19106-1797

George Wylesol　　　　　　　　　　　　　　　　　　　　　　　　　　　　Clerk's Office
Clerk of Court　　　　　　　　　　　　　　　　　　　　　　　　　　　　　215-597-7704

Timothy McGrath
Clerk
U.S. Bankruptcy Court
900 Market Street
Suite 400
Philadelphia,   PA   19107-4299

　　　　　　　　　　RE:　　**CHRISTOPHER A. JANCZAK**

　　　　　　　　　　　　　CA No.   24-3274
　　　　　　　　　　　　　Bky. No. 24-10428-amc
　　　　　　　　　　　　　Adv. No.

Dear Mr. McGrath:

　　　Enclosed herewith is an electronic copy of the Order remanding and/or returning your record, which was filed in this office on 11/26/24   .

　　　Kindly acknowledge receipt on the copy of letter provided.   Please return to [InterdistrictTransfer_PAED@paed.uscourts.gov](mailto:InterdistrictTransfer_PAED@paed.uscourts.gov)

　　　　　　　　　　　　　　　　　　　Sincerely,

　　　　　　　　　　　　　　　　　　　George Wylesol
　　　　　　　　　　　　　　　　　　　Clerk of Court

g

　　　　　　　　　　　　　　　　　　　By:  s/Joseph Gerard Lavin
　　　　　　　　　　　　　　　　　　　　　Joseph Gerard Lavin , Deputy Clerk

Received above record this  26TH day of   DECEMBER, 2024.

　　　　　　　　　　　　　　　　　　　s/ *Antoinette Stevenson*
　　　　　　　　　　　　　　　　　　　　　　(Signature)

bankrec.frm